IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DALE B. ADAMS                                                               PLAINTIFF

        v.                   Civil No.   11-3021

JESSE RIVERA; and
TOBY SHEARER                                                         DEFENDANTS

**AMENDED REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff, Dale Adams, filed this diversity jurisdiction against two of his former supervisors. Adams proceeds *pro se* and *in forma pauperis*. The case is before me on a motion to dismiss filed on behalf of Defendant Toby Shearer (Doc. 14). Plaintiff filed a response to the motion (Doc. 16). The motion is now ready for decision.

1. **Background**

According to the allegations of the complaint, Adams worked at Tyson Foods from November 10, 2008, until June 2, 2009. Adams supervisors were Jesse Rivera and Toby Shearer.

On March 10, 2009, Adams alleges he informed Shearer that he was going to file a lawsuit against Tyson Foods. On March 16th, Adams provided a copy of the complaint to Tyson Foods. On April 14, 2009, Adams submitted a charge of discrimination to the Equal Employment Opportunity Commission (EEOC).

Adams alleges that Rivera and Shearer engaged in the following conduct: failed to adhere to the Tyson Foods harassment and discrimination policy; forced Adams to do excessive work that caused injuries to his arms and hands and then refused to provide him any help to prevent the injuries; prevented him from having any breaks; did not correct the problems Adams asked them

-1-

to; they put "chicken germs" in his tea jug to make him ill; they told employees not to give him a ride home leaving him stranded at work; and they tried to prevent him from receiving medical care from Tyson Foods nurses. From March 18, 2009, through May 26, 2009, Adams maintains he was harmed and suffered from immense pain and physical injuries. He also maintains that Defendants' illegal conduct caused the death of three of his family members. Finally, Adams alleges both Defendants moved out of state during the EEOC investigation to avoid testifying about their conduct.

Service was directed on the Defendants on June 8, 2011 (Doc. 6). On July 11, 2011, the United States Marshal Service filed an unexecuted return on Toby Shearer (Doc. 9). For this reason, on July 14, 2011, service was again directed on Shearer (Doc. 10).

Adams initially brought the following causes of action: negligence; wrongful death; intentional infliction of emotional distress; and fraud and deceit. On August 11, 2011, the Court dismissed the following claims: wrongful death; tort of outrage; and fraud. This left for later resolution only the negligence claim.

**2. Discussion**

First, Shearer maintains the case is subject to dismissal because no summons was served with the complaint. Fed. R. Civ. P. 4(c)(1). Second, he argues the service was untimely because the complaint was not served on him until more one hundred and twenty days from the filing of the complaint had expired. Fed. R. Civ. P. 4(m). Finally, he argues the exclusivity provisions of Arkansas Workers' Compensation Act, Ark. Code Ann. § 11-9-105, bars the claims.

Plaintiff responds by stating he has no objection to the motion "nor objections to this cause matter being dismissed without prejudice. By order (Doc. 24) entered on November 9, 2011, Plaintiff was directed to advise the Court whether he intended to dismiss the entire case

AO72A
(Rev. 8/82)

or only his claims against Toby Shearer.  Plaintiff responded (Doc. 24) requesting that the entire case be dismissed without prejudice.

### 3.  Conclusion

For the reasons stated, I recommend that this case be dismissed without prejudice.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 1st day of December 2011.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE