IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DALE B. ADAMS                                                                                          PLAINTIFF

v.                                           Case No. 3:11-CV-03021

JESSE RIVERA; and TOBY SHEARER                                                    DEFENDANTS

## O R D E R

Currently before the Court is the Amended Report and Recommendations (Doc. 26) filed in this case on December 1, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties. The Report and Recommendations notes that Plaintiff has requested that this case be dismissed without prejudice. (Doc. 25). Defendants have filed no objections to this request.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendant Toby Shearer's Motion to Dismiss (Doc. 14) is DENIED AS MOOT.

IT IS SO ORDERED this 25th day of January, 2012.


/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE